UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN SANCHEZ, | 1:09-cv-2182-JLT (HC) |
| Petitioner, | |
| vs. | ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |
| JAMES D. HARTLEY, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **January 20, 2010**                               /s/ Jennifer L. Thurston
                                                             UNITED STATES MAGISTRATE JUDGE